IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:10CR3130 |
| | ) | |
| V. | ) | |
| | ) | MEMORANDUM AND ORDER |
| MILTON SCURLOCK, | ) | |
| | ) | |
| Defendant. | ) | |

The defendant has moved to continue the trial currently set for May 31, 2011. (Filing No. 32). The defendant and his newlyt appointed counsel need additional time to prepare for trial. The government does not oppose the requested continuance. The Court, being fully advised in the premises, finds that said motion should be granted.

IT IS ORDERED:

1) Defendant's motion to continue, (filing no. 32), is granted.

2) The trial of this case is set to commence before the Honorable Richard G. Kopf at 9:00 a.m. on July 11, 2011, or as soon thereafter as the case may be called, for a duration of four (4) trial days, in Courtroom 1, United States Courthouse, Lincoln, Nebraska. Jury selection will be held at commencement of trial

3) Based upon the representations of defendant's counsel, the Court finds the ends of justice will be served by continuing the trial; and the purposes served by continuing the trial date in this case outweigh the interest of the defendant and the public in a speedy trial. Accordingly, the time between today's date and July 11, 2011 shall be excluded for speedy trial calculation purposes. 18 U.S.C. § 3161(h)(7)(A).

May 20, 2011                    BY THE COURT:

                                *s/ Cheryl R. Zwart*
                                United States Magistrate Judge