IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:10CR3130 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| MILTON SCURLOCK, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

On December 30, 2013, defense counsel filed two documents in this case. The first filing (80) is designated as a "notice of appeal," but, in fact, is an unsigned "information sheet–criminal." Treating this filing as a motion, it will be denied without prejudice.

The second filing (81) is a motion for permission to appeal in forma pauperis. This filing, which is signed by the defendant personally and states that the issue being raised on appeal is "excessive sentence from 12/17/13," is sufficient to constitute notice of appeal. *See United States v. Gibson*, 568 F.2d 111, 112 (8th Cir. 1978); F.R.A.P. 3(c). The court finds that the appeal appears to be taken in good faith and that the defendant is entitled to proceed in forma pauperis.

Accordingly,

IT IS ORDERED that:

1.  Filing 80, treated as a motion, is denied without prejudice.

2.  Filing 81 is granted, and the defendant is permitted to appeal in forma pauperis.

DATED this 2nd day of January, 2014.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge